**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA   17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

March 3, 2009

Clerk, U.S. Bankruptcy Court

RE: Sharon M. & Mark S Gensel
    Bankruptcy Case No.   5-03-55747
    Unclaimed Funds For: Mellon Bank
                         PO Box 371981
                         Pittsburgh PA 15250

Dear Clerk:

Enclosed herewith please find check No.735992 for $430.84 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

Should you have any questions or concerns regarding this matter, please feel free to contact our office.

Very truly yours,

*Carol A. Kreider*

Carol A. Kreider
Funds Manager

FILED
WILKES-BARRE, PA.
2009 MAR -4 AM 10:06
CLERK U.S. BANKRUPTCY COURT